Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
Email: erosenfeld@wkclegal.com
Lauren E. Schmidt (CA Bar No. 321435)
Email: lschmidt@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 305
Facsimile:  (818) 501-5306

Attorneys for Plaintiff, Board of Trustees of the Teamsters Miscellaneous Security Trust Fund

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROTECTION SERVICES, INC., a California corporation,<br><br>Defendant. | **CASE NO. 2:19-cv-00288-PA-RAOx**<br><br>**The Hon. Percy Anderson**<br><br>**NOTICE OF MOTION AND MOTION BY PLAINTIFF FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[Fed.R.Civ.P. 55(b); L.R. 55-11]<br><br>DATE:  April 15,  2019<br>TIME:  1:30 PM  9A, 9th<br>CTRM:  Floor |

PLEASE TAKE NOTICE that, on April 15, 2019 at 1:30 pm, or as soon thereafter as this matter may be heard, in the above-entitled court located at 350 West 1st Street, Los Angeles, CA 90012, Courtroom 9A, 9th Floor, Plaintiff, the Board of Trustees of the Teamsters Miscellaneous Security Trust Fund, in their capacity as fiduciaries for the Teamsters Miscellaneous Security Trust Fund

("Plaintiff") will move this Court for Entry of Default Judgment against Defendant Allied Protection Services, Inc. (hereinafter, "Allied" or "Defendant"). The Clerk previously entered the default of Defendant on February 13, 2019. [Dkt. 11]. In support of this Motion, Plaintiff will present proof of the following:

1. Defendant is not an infant, incompetent person, or in the military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;

2. Defendant has not filed a response to the Complaint in this action;

3. The Notice of Motion and Motion for Entry of Default Judgment was served upon Defendant by First Class Mail as required by L.R. 55-11(e).

4. Plaintiff is entitled to judgment against Defendant on all claims pleaded in the Complaint. [Dkt.1]. Specifically, at all times relevant herein, Allied was bound by the Labor Agreement and the Trust Agreement, whereby Defendant agreed to make contributions to the Teamsters Miscellaneous Security Trust Fund ("TMSTF") on behalf of its employees performing bargaining unit work. [Dkt. 1, p. 3, ¶¶ 9-10]. Per the Labor Agreement and the Trust Agreement, Allied is required to submit reports and pay contributions to the TMSTF on behalf of all covered employees on the first (1st) day of the month for work performed during the previous month; reports and contributions are considered delinquent if not postmarked by the twenty (20th) day of the month following the month in which work was performed. [Dkt. 1, p. 3., ¶ 11]. The Trust Agreement provides for the assessment of liquidated damages for and the accrual of interest on any delinquent contributions. [Dkt. 1, p. 4, ¶ 12-13].

5. Defendant failed to timely report and pay contributions in the amount of $21,618.40 for the months of April, May, June, October, and December 2018. [Dkt. 1, p. 4, ¶ 17]. In accordance with the Trust Agreements, the TMSTF assessed liquidated damages in the amount of $4,323.70 and, prior to the payment of the contributions, interest accrued in the amount of $150.43. [Dkt. 1, p. 5, ¶¶

18-19]. Defendant has failed to pay the liquidated damages and interest amounts. [Dtk. 1, p. 5, ¶ 20].

6. By its failure to pay the liquidated damages assessed or the interest accrued on the untimely contributions, Defendant has breached the Labor Agreement and the Trust Agreement. [Dkt. 1, p. 5, ¶ 20].

7. Plaintiff is entitled to and requests entry of judgment against Defendant for $4,323.70 in liquidated damages and $150.43 in interest, plus all costs of collection and actual attorneys' fees, pursuant to the Trust Agreement.

8. This Motion is made pursuant to Fed.R.Civ.P. 55(b)(2) and L.R. 55-1 and is based upon this Notice, the attached Memorandum of Points and Authorities, the Declarations of Yessica Casillas and Lauren E. Schmidt, the Proposed Default Judgment, and all pleadings, files, and other matters which may be presented at the hearing.

L.R. 7-3 CONFERENCE. There was no pre-filing conference because a notice of default was previously entered. [Dkt. 11].

DATED: March 14, 2019

                Kathryn J. Halford, Esq.
                Elizabeth Rosenfeld, Esq.
                Lauren E. Schmidt, Esq.
                **WOHLNER KAPLON CUTLER**
                **HALFORD & ROSENFELD**

By:   */s/ Lauren E. Schmidt*
       Lauren E. Schmidt
       Attorneys for Plaintiff
       Board of Trustees of the Teamsters
       Miscellaneous Security Trust Fund