JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PROTECTION SERVICES, INC. <br><br> Defendant. | Case No. CV 19-288 PA (RAOx) <br><br> JUDGMENT |

Pursuant to this Court's April 15, 2019 Minute Order granting in part the Motion for Entry of Default Judgment filed by plaintiff Board of Trustees of the Teamsters Miscellaneous Security Trust Fund ("Plaintiff") against Allied Protection Services, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor against Defendant; and

2. Plaintiff shall recover $8,568.63 from Defendant, including $4,323.70 in liquidated damages, $150.43 in interest, $3,630.00 in attorneys' fees, and $464.50 in costs.

DATED: April 15, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE